# IN THE SUPERIOR COURT
## OF GUAM

FILED
SUPERIOR COURT
OF GUAM

2013 JUL -9 PM 1: 37

CLERK OF COURT

BY:_____

DFS GUAM L.P., )

                 Plaintiff )

vs. )

A.B. WON PAT INTERNATIONAL )
AIRPORT AUTH. LOTTE DUTY )
FREE GUAM LLC )
THE TERRITORY OF GUAM, )
                Defendants. )

Civil Case no. CV0685-13

**Decision and Order**

This matter came before the court for review pursuant to Title 7 Section 6107 of the Guam Code and the Judiciary's procedures regarding recusal. On June 24, 2013 Judge Alberto C. Lamorena III filed a paper entitled Notice of Disqualifying Facts. Subsequently, the Court issued an Order on July 3, 2013, which attached an Amended Disqualification Notice. DFS Guam filed a response to the order on July 5, 2013, stating it would not waive any conflict.

Pursuant to its Section 6107 duty and the judiciary's procedures the court has reviewed and considered the papers and the file herein. It finds that the assertion that Judge Alberto C. Lamorena III's brother is a member of the current Govenor's cabinet is not sufficient to require recusal in this matter. Likewise, the assertion that the Court's brother was previously employed by the plaintiff and retired some years ago from the company is not sufficient without further facts to merit recusal. However, the assertion that Judge Alberto C. Lamorena III's sister-in-law is a current management employee of the plaintiff and was one of the presenters for the DFS proposal to the Review Committee of the Board of the A.B. Won Pat International Airport Authority is sufficient require recusal and reassignment under the requirements of 7 GCA 6105(5).

Pursuant to the mandates of Section 6107 the court orders that this case be re-assigned to another judge in the regular manner.

SO ORDERED, this ____ day of _____ 2013.

HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

JUL 0 9 2013

Edna M. Nego
Deputy Clerk, Superior Court of Guam